IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYISHA COMBS, et al., | No. C 09-06042 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| HARLEY J. GREENFIELD, RAMI ABADA, | |
| Defendants. / | |

In accordance with the Court's order granting defendants' motion to dismiss for lack of personal jurisdiction, judgment is hereby entered against plaintiffs and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 11, 2010

SUSAN ILLSTON
United States District Judge